*Henry Hirschberg* for appellants.

*Elmer H. Lemon, District Attorney,* for respondent.

Appeal dismissed on the ground that the judgment of conviction of the relators has been reversed.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the BRONX PARKWAY EXTENSION HIGHWAY.

THE COUNTY OF WESTCHESTER et al., Appellants; THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

*Highways — jurisdiction — board of supervisors of Westchester county without jurisdiction to institute proceedings to determine necessity of proposed State highway.*

*Matter of Bronx Parkway Extension Highway,* 219 App. Div. 798, affirmed.

(Argued October 4, 1927; decided November 22, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 11, 1927, which reversed a determination of the board of supervisors of Westchester county that the laying out and construction of a highway known as the Bronx Parkway Extension across the tracks and roadway of the Harlem division of the New York Central railroad at a point about two miles north of Valhalla in the town of Mount Pleasant is necessary. The Appellate Division held that the State Superintendent of Public Works had exclusive jurisdiction to institute the proceeding.

*Charles H. Peck* and *Henry R. Barrett* for appellants.

*Frederick L. Wheeler, George H. Walker* and *Alexander S. Lyman* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.